**IN THE SUPREME COURT OF PENNSYLVANIA**


IN RE:  REAPPOINTMENT TO            :   No. 280
                                    :
DISCIPLINARY BOARD                  :   Disciplinary Board Appointment Docket


**O R D E R**


**PER CURIAM**


AND NOW, this 14th day of January, 2015, Lawrence M. Kelly, Esquire, Lawrence County, is hereby reappointed as a member of the Disciplinary Board for a three-year term commencing January 29, 2015.